GEORGE PRATT v. ROSE DI PASQUALE JAMES.

February 27, 1987.

Cross-petition for certification denied.

JOYCE WILLIAMS v. COMMUNITY REALTY
MANAGEMENT, ET AL.

February 27, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 517)

RANDI ROMIANE, ET AL. v. JOSEPH KALLINGER, ET AL.,
AND FLORIA RHETA SCHREIBER, ET AL.

February 27, 1987.

Petition for certification granted.

HILDA AST v. MARVIN SHUSTER.

February 27, 1987.

Petition for certification denied.